

The following constitutes the order of the court.
Signed June 19, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Robert Still,

          Debtor.

No. 17-40755

Chapter 13

**MEMORANDUM REGARDING CREDITOR MOTIONS**

On June 12, 2017, Creditor Michael Bennardo filed a *Creditor's Motion and Declaration to Dismiss for Cause* (doc. 44) and a *Creditor's Declaration of Objection to Debtor's Motion to Avoid Lien* (doc. 45). Both of these matters (plan confirmation and the 522(f) motion) have been previously set for hearing on July 20, 2017 at 1:30 p.m. In both motions, Mr. Bennardo requests an earlier hearing. This request does not comply with Local Rule 9006-1.

Accordingly, both matters will still be heard on July 20, 2017 at 1:30 p.m.

**\*END OF ORDER\***

1

# COURT SERVICE LIST

**Robert P Still**
5527 Sonoma Drive
Pleasanton, CA 94566

**Michael Bennardo**
2531 Willowren Way
Pleasanton, CA 94566-5347